**Order filed, April 15, 2014.**



**In The**

# 𝔍𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-14-00147-CV

_____

### ANDREW DEMERS AND JOE BROCK RAMEY, Appellant

### V.

### FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

**On Appeal from the County Court at Law No 2
Fort Bend County, Texas
Trial Court Cause No. 13-CCV-051957**

## ORDER

The reporter's record in this case was due **April 07, 2014**. _See_ Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kelly D. Kelly**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM